

# Fourth Court of Appeals
## San Antonio, Texas

November 17, 2014

No. 04-14-00479-CV

**THE STATE OF TEXAS FOR THE BEST INTEREST AND PROTECTION OF J.B.**, a
Mentally Ill Person,

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2014-MH-2027
Honorable Polly Jackson Spencer, Judge Presiding

# O R D E R

These appeals are taken from two orders signed on June 26, 2014 in a mental health care case. Appellant timely filed notice of appeal in each case. The clerk's record was filed in this court on July 3, 2014, and the reporter's record was filed on August 4, 2014. By order dated August 13, 2014, we stated that the two appeals were being consolidated for purposes of appeal and that the appellant's brief was due on August 25, 2014. Thereafter, appellant requested two extensions of time to file the appellant's brief which were granted. In our order dated October 16, 2014, we stated that the appellant's brief was due on October 20, 2014, with "No Further Extensions." To date, the appellant's brief has not been filed.

It is therefore ORDERED that appellant show cause in writing **within seven (7) days** from the date of this order why these consolidated appeals should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of November, 2014.

_____
Keith E. Hottle
Clerk of Court